UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Youssef Louza,

                                       Plaintiff,

                                  Civil Action 1:25-cv-06425

       v.

Commissioner of Social Security,

                                    Defendant.

------------------------------------------------------------------x

## STIPULATION AND ORDER FOR REMAND

The Commissioner of the Social Security Administration ("Commissioner") respectfully requests that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).   On remand, the Commissioner will issue a new decision.

Plaintiff's counsel has authorized the undersigned to represent that Plaintiff stipulates to the relief sought herein.

Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation.   Further, based on the stipulation of the parties, the Clerk of Court is directed to enter final judgment on the complaint in favor of Plaintiff, reversing the final decision of the Commissioner.

Dated: July 27, 2026

JOSEPH NOCELLA, JR.
*Attorney for Defendant*
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By:  /s/ *Hugh Dun Rappaport*
Hugh Dun Rappaport
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
(617) 565-2380
Email: Hugh.Dun.Rappaport@ssa.gov


**SO ORDERED:** 07/27/2026

*Joseph A. Marutollo*
UNITED STATES MAGISTRATE JUDGE